UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TONY LOVE,

    Petitioner,

v.                                       CAUSE NO. 3:19-CV-721-DRL-MGG

WARDEN,

    Respondent.

OPINION AND ORDER

Tony Love, a prisoner without a lawyer, filed an amended habeas corpus petition challenging his disciplinary sanctions in case WCU 18-11-237 where a Disciplinary Hearing Officer found him guilty of assaulting a prison officer and staff member in violation of Indiana Department of Correction policy A-102. ECF 4 at 1. However, Mr. Love did not lose any earned credit time, nor was he demoted in credit class as a result of this disciplinary hearing. ECF 4 at 1; 4-1 at 6.

A prison disciplinary hearing can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because this disciplinary hearing did not result in the lengthening of the duration of Mr. Love's confinement, habeas corpus relief is not available. Accordingly, since there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

For these reasons, the court DENIES the amended petition (ECF 4) pursuant to Section 2254 Habeas Corpus Rule 4 and DISMISSES the case WITHOUT PREJUDICE.

SO ORDERED.

October 28, 2019                                   *s/ Damon R. Leichty*
                                                      Judge, United States District Court